BLANCHARD v. WESTERN UNION TELEGRAPH COMPANY.

*Nuisance — telegraph cable in river — Negligence.*

A telegraph company laid a wire cable across the channel of a river so that it rubbed against the keels of vessels, but obstructed no vessels, although a great number passed over, except one of plaintiff's, which was injured

thereby. Plaintiff's boat had several times previous to the injury passed over the cable which had caught in the keel. *Held* (per BOARDMAN, J., and MILLER, P. J., BOCKES, J., dissenting), that the cable was not a nuisance, and that plaintiff was negligent and could not recover for the injury to his vessel.

APPEAL from a judgment entered upon the decision of the court in favor of the plaintiff in a trial without a jury. The action was brought by John L. Blanchard and others to recover for damages done to the plaintiff's boat by the telegraph cable of defendants lying across the channel of the river on the line of the railroad bridge at Albany.

*George W. Soren,* for appellant.

*Esek Cowen,* for respondents.

BOCKES, J., wrote for affirmance.

BOARDMAN, J., wrote a brief opinion in favor of reversal upon the grounds mentioned in the head-note. MILLER, P. J., concurred with BOARDMAN, J.

*Judgment reversed and new trial granted.*